JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO DELGADO-GARIBAY,<br><br>             Petitioner,<br><br>    vs.<br><br>RICHARD B. IVES,<br><br>             Respondent. | Case No. CV 13-07266-RGK (RNB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Summarily Dismissing § 2241 Petition filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice to petitioner filing a civil rights complaint in accordance with the provisions of the PLRA.

DATED: OCT 9 2013

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1